No. 31, Misc. BRAMBLE *v.* HEINZE, WARDEN, ET AL. On petition for writ of certiorari to the Supreme Court of California. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. Since the record in this case fails to show whether denial of petitioner's application for habeas corpus rests on an adequate state ground or exclusively on a federal ground, the judgment of the Supreme Court of California is vacated and the cause is remanded to that court for further proceedings. THE CHIEF JUSTICE took no part in the consideration or decision of this case. Petitioner *pro se.* *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondents.

No. 47, Misc. CHAISSON ET AL. *v.* SOUTHCOAST CORPORATION ET AL. On petition for writ of certiorari to the Supreme Court of Louisiana. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. It appearing that the cause has become moot, the judgment of the Supreme Court of Louisiana is vacated and the cause is remanded for such proceedings as by that court may be deemed appropriate. *Harris* v. *Battle,* 348 U. S. 803. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that the case is not moot and would grant certiorari and hear argument. *Joseph L. Rauh, Jr.* and *Daniel H. Pollitt* for petitioners. *Milton C. Denbo, Rufus G. Poole* and *Conrad Meyer III* for respondents.